Rel: June 13, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0795

Lucien Blankenship and George Munchus v. The Birmingham Water
Works Board and Tereshia Huffman (Appeal from Jefferson Circuit
Court: CV-24-902893).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Sellers, Cook, and Lewis, JJ., concur.